IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ROY-G-BIV CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:07-CV-418 |
| FANUC LTD., FANUC ROBOTICS AMERICA, INC., GE FANUC AUTOMATION CORPORATION, GE FANUC AUTOMATION AMERICAS, INC., and GE FANUC INTELLIGENT PLATFORMS, INC., | § § § § § § § § | |
| Defendants. | § | |
| FANUC LTD., FANUC ROBOTICS AMERICA, INC., GE FANUC AUTOMATION CORPORATION, GE FANUC AUTOMATION AMERICAS, INC., and GE FANUC INTELLIGENT PLATFORMS, INC., | § § § § § § § | CIVIL ACTION NO. 2:09-CV-111 |
| Plaintiffs, | § § | |
| v. | § § | |
| ROY-G-BIV CORPORATION, | § § | |
| Defendant. | § | |

## JUDGMENT DISMISSING ACTION BY REASON OF SETTLEMENT

The Court has been advised that these two matters have been settled.  It is therefore not necessary that these causes of action remain upon the calendar of the Court.

Accordingly, it is **ORDERED**, **ADJUDGED**, and **DECREED** that these actions shall be,

and are, hereby **DISMISSED WITHOUT PREJUDICE**.  Complete jurisdiction is retained to vacate this order and to reopen the actions upon cause shown that the settlement has not been completed and further litigation is necessary.

It is further **ORDERED** that all other pending motions not expressly granted are hereby **DENIED**.

**SIGNED this 19th day of October, 2009.**

_____
DAVID FOLSOM
UNITED STATES DISTRICT JUDGE